**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDRZEJ IWANICKI,<br><br>Plaintiff,<br><br>v.<br><br>BAY STATE MILLING COMPANY; BAKERY, CONFECTIONARY, TOBACCO WORKERS AND GRAIN MILLERS INTERNATIONAL UNION; JOHN DOE(S) 1,2,3; AND ABC CORP.,<br><br>Defendants. | Civil Action No. 2:11-cv-01792 (CCC) (JAD)<br><br>**ORDER** |

JOSEPH A. DICKSON, U.S.M.J.

This matter comes before this Court upon motion by plaintiff Andrzej Iwanicki ("Plaintiff") for leave to file a third amended complaint pursuant to Fed. R. Civ. P. 15(a). Pursuant to Rule 78 of the Federal Rules of Civil Procedure, no oral argument was heard. Upon consideration of the parties' submissions, and for the reasons stated in this Court's Opinion filed on this day,

IT IS on this ___ day of May, 2013

**ORDERED** that Plaintiff's motion for leave to file a third amended complaint is **denied**.

SO ORDERED

_____
JOSEPH A. DICKSON, U.S.M.J.

cc:   Honorable Claire C. Cecchi, U.S.D.J.